1  **GEOFFREY V. WHITE (SBN. 068012)**
   **LAW OFFICE OF GEOFFREY V. WHITE**
2  351 California St., Suite 1500
   San Francisco, California 94104
3  Telephone: (415) 362-5658
   Facsimile:  (415) 362-4115
4  Email:  gvwhite@sprynet.com

5  Attorneys for Plaintiff
   LINDA KRAMER
6

7  **NANCY L. OBER (SBN. 049683)**
   **LITTLER MENDELSON, P.C.**
8  650 California St., 20th Floor
   San Francisco, California 94108
9  Telephone:  (415) 433-1940
   Facsimile:  (415) 399-8490
10 Email:   nlober@littler.com

11 Attorneys for Defendants
   LOIS K. LEHRMAN, NOB HILL GAZETTE, INC.,
12 NOB HILL GAZETTE, INC. PROFIT SHARING PLAN
   and NOB HILL GAZETTE, INC. DEFINED BENEFIT
13 PENSION PLAN

14

15
                     UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18
   **LINDA KRAMER,**                              ) Case No.  CV 09-4806 SC
19                                                )
              Plaintiff,                          ) STIPULATION OF DISMISSAL OF
20                                                ) ACTION WITH PREJUDICE [Fed.R.
         v.                                       ) Civ.P. 41(a)(1)(ii)
21                                                )
   **LOIS K. LEHRMAN,** individually and as Plan  ) The Honorable Samuel Conti
22 Trustee; **NOB HILL GAZETTE, INC.,** a         )
   California corporation; and **NOB HILL**      )
23 **GAZETTE, INC., PROFIT-SHARING**             )
   **PLAN** and **DEFINED BENEFIT PENSION**      )
24 **PLAN,**                                      )
                                                  )
25            Defendants.                         )
                                                  )
26 _____)

27

28

1  Plaintiff Linda Kramer and Defendants Lois K. Lehrman, Nob Hill Gazette, Inc., and
2  Nob Hill Gazette, Inc. Profit-Sharing Plan and Defined Benefit Plan, hereby stipulate and agree
3  through their undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil
4  
5  Procedure, that the above-captioned matter may be, and hereby is, dismissed with prejudice, with
6  each party to bear her or its respective costs of suit.

7  DATED:  December 28, 2010         LAW OFFICE OF GEOFFREY V. WHITE
8
9                                                                  By____/s/_____
10                                                                         Geoffrey V. White
                                                                           Attorney for Plaintiff
11                                                                       LINDA KRAMER

12 DATED:  December 28, 2010         LITTLER MENDELSON, P.C.
13
14                                                                 By __/s/_____
                                                                           Nancy L. Ober
15                                                                       Attorneys for Defendants
                                                                         LOIS K. LEHRMAN, NOB HILL
16                                                                       GAZETTE, INC., NOB HILL GAZETTE,
                                                                         INC. PROFIT-SHARING PLAN and NOB
17                                                                       HILL GAZETTE, INC. DEFINED BENEFIT
                                                                         PENSION PLAN
18                                                                       .
19
20
21
22                                          IT IS SO ORDERED
23                                          [signature]
                                            Judge Samuel Conti
24
25
26
27
28